■ RICHARD GOLLEL et al., Respondents, v ALVIN J. NASSAR, SR., et al., Appellants. [627 NYS2d 599] —Order unanimously reversed on the law with costs and motion denied. Memorandum: Supreme Court lacked jurisdiction to grant plaintiffs' motion to resettle and amend the July 19, 1994 judgment entered pursuant to a decision and order of this Court in *Gollel v Nassar* (206 AD2d 835, *lv denied* 85 NY2d 802) granting defendants' motion for summary judgment and dismissing the complaint *(see, Herpe v Herpe,* 225 NY 323, 327; *see also, Aurnou v Greenspan,* 182 AD2d 523, *lv dismissed* 80 NY2d 866). (Appeal from Order of Supreme Court, Monroe County, Ark, J.—Amend Judgment.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODERICK BLACK, Appellant. [627 NYS2d 599] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS BROWN, Appellant. [627 NYS2d 599] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Violation of Probation.) Present—Pine, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ In the Matter of GEORGE A. BUNCE et al., as Coexecutors of VIOLET M. DEAVEY, Deceased, Appellants. SHIRLEY MILLER et al., Respondents. [627 NYS2d 600] —Decree unanimously affirmed without costs for reasons stated in decision at Ontario County Surrogate's Court, Henry, Jr., S. (Appeal from Decree of Ontario County Surrogate's Court, Henry, Jr., S.— Estate Property.) Present—Pine, J. P., Lawton, Wesley, Callahan and Boehm, JJ.